SAMUEL L. NICHOLSON, RESPONDENT, *v.* HEMAN WAFUL, APPELLANT.

*Evidence.*

In this action, brought against the defendant as the maker of a promissory note for $450, dated April 28th, 1873, he denied that he had ever made such a note, and alleged that, if he had ever signed the note, it was while he was intoxicated, and that he only received $250, for which amount he had given his note. Upon the stand he offered to show that in 1870 the plaintiff said he had not $100 ; that for some two years he was employed by a firm of millers, and

received one dollar and fifty cents per day, out of which he had to support a wife and furnish a house; that in June or July, 1872, he said he had no funds, and could not raise $100; which evidence was, against the exception of defendant's counsel, rejected. *Held*, error; that it should have been admitted, as tending to show that the defendant had never received the money.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*N. Whiting*, for appellant.    *Lansing & Rogers*, for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed, and new trial granted before another referee, with costs to abide the event.